PH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America, ) No. 18 CR 835 -5

v. ) Judge Edmond E. Chang

Ronald Allen,

**ORDER**

Initial appearance and arraignment proceedings held. Defendant is in custody. Retained attorney Lisa Lopez appeared on behalf of Defendant. For the initial appearance, Defendants informed of his rights, the nature of the charges, and the maximum and minimum penalties. For the arraignment, Defendant acknowledged receipt of the indictment, waived formal reading, and entered a plea of not guilty to the indictment. The government reported that discovery primarily comprises Title III material for four 30-day periods, including text-searchable line sheets; surveillance footage; and around 1000 reports and records. Rule 16.1 letter and discovery disclosures due 12/28/2018. Status hearing set for 02/15/2018 at 10:00 a.m., at which time the Court will set the pretrial motions schedule. The government seeks detention on risk of flight and dangerousness grounds. Detention hearing set for 12/21/2018 at 10:00 a.m. before Magistrate Judge Cole. Defendant is remanded to the custody of the Marshals Service until decision on the motion. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded from 12/14/2018 through 02/15/2019 under the Speedy Trial Act to allow counsel and defendant the time to review discovery and to discuss the case. The Court is appreciative of this District's excellent CJA Panel, comprised of lawyers who take appointments at hourly rates lower than most Panel lawyers can earn from their private clients. But the Court does have a duty to gather enough information to evaluate CJA vouchers. To that end, the Court notifies CJA-appointed counsel in advance that billing records should be detailed enough to allow an intelligible evaluation (for example, an entry stating "records" or "discovery" review should provide at least a general description of the records reviewed during that time, e.g., "review of surveillance reports on drug seizures of 10/01/2017 and 10/15/2017.").

(X-T)

/ s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: December 14, 2018

0:10